**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:06CR216** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CHAD SALCEDO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on motion of Karen M. Shanahan, Assistant Federal Public Defender, to withdraw as counsel for defendant Chad Salcedo (Salcedo) (Filing No. 16). Ms. Shanahan represents she has a conflict of interest in the representation of Salcedo. In the meantime, William F. Eustice has entered an appearance as retained counsel for Salcedo. Ms. Shanahan's motion to withdraw (Filing No. 16) is granted. Ms. Shanahan shall forthwith provide Mr. Eustice with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Shanahan which are material to Salcedo's defense.

**IT IS SO ORDERED.**

DATED this 28th day of July, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge