IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )         8:06CR216
                               )
       v.                      )
                               )
CHAD SALCEDO,                  )         ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 22). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; the Rule 11 hearing is rescheduled for:

**Thursday, October 12, 2006, at 1 p.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties need additional time to finalize plea negotiations. Therefore, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between September 29, 2006, and October 12, 2006, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 29th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court