IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )          8:06CR216
                               )
     v.                        )
                               )
CHAD SALCEDO,                  )          ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on plaintiff's motion to continue Rule 11 hearing (Filing No. 25). The Court finds said motion should be granted. Accordingly.

IT IS ORDERED that the Rule 11 hearing is rescheduled for:

**Thursday, October 26, 2006, at 11:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. Counsel for plaintiff is not available at the time previously scheduled. Therefore, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between October 18, 2006, and October 26, 2006, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 17th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court