```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )          8:06CR216
                               )
       v.                      )
                               )
CHAD SALCEDO,                  )             ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on defendant's notice of appeal (Filing No. 45) and application to proceed without prepayment of fees and affidavit (Filing No. 46). The Court finds said application should be granted. Accordingly,

IT IS ORDERED that defendant's application to proceed without prepayment of fees is granted; defendant is permitted to proceed on appeal *in forma pauperis*.

DATED this 16th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court