IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:06CR216
                               )
       v.                      )
                               )
CHAD SALCEDO,                  )         ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motion to file its request for redaction under seal (Filing No. 62). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff may file its request for redaction under seal.

DATED this 17th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court